Form fnldec (Revised 08/01/2018)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 16–41083    Chapter: 13

In re:
Meagan Elizabeth Moore
412 SE 34th Street
Topeka, KS 66605

SSN: xxx–xx–6301

**FINAL DECREE**

| **Filed And Entered By The Court** |
| --- |
| **4/9/20** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. The Final Report and Account of the Standing Chapter 13 Trustee is approved.

2. Jan Hamilton is discharged as trustee of the estate and the trustee and the surety on the trustee's bond are released from any liability upon that bond in this case.

3. This chapter 13 case is closed.

Document 43

s/ Dale L. Somers
United States Bankruptcy Judge